UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RISHI BHANDAL, | No. C 12-2140 LB |
| Plaintiff, | ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND DIRECTING SERVICE OF PROCESS |
| v. | |
| BANK OF AMERICA, N.A., ET AL., | |
| Defendants. | |

Plaintiff filed this lawsuit on (date) April 30, 2012. *See* ECF No. 1. Defendant Bank of America, et al. has not appeared, and the docket does not reflect that defendants have been served. The 120-day period to serve him expires on Tuesday, August 28, 2012. *See* Fed. R. Civ. P. 4(m).

Under the circumstances, the court vacates the September 6, 2012 case management conference and re-sets it to December 6, 2012, at 10:30 a.m.. Plaintiff is directed to file proof of service by September 14, 2012 or risk dismissal of Defendant Bank of America, et al. under Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated: August 28, 2012

LAUREL BEELER
United States Magistrate Judge

ORDER