UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

11  RISHI BHANDAL,                                      No. C  12-2140 LB

12                              Plaintiff,              ORDER RESCHEDULING CASE
                 v.                                     MANAGEMENT CONFERENCE  AND
13                                                      DIRECTING SERVICE OF PROCESS
    BANK OF AMERICA, N.A., ET AL.,
14
                                Defendants.
15  _____/

16        Plaintiff filed this lawsuit on (date) April 30, 2012.  *See* ECF No. 1.  Defendant Bank of

17  America, et al. has not appeared, and the docket does not reflect that defendants have been served.

18  The 120-day period to serve him expires on Tuesday, August 28, 2012.  *See* Fed. R. Civ. P. 4(m).

19      Under the circumstances, the court vacates the September 6, 2012 case management conference

20  and re-sets it to December 6, 2012, at 10:30 a.m..  Plaintiff is directed to file proof of service by

21  September 14, 2012 or risk dismissal of Defendant Bank of America, et al. under Federal Rule  of

22  Civil Procedure 4(m).

23      IT IS SO ORDERED.

24  Dated:  August 28, 2012

                                                        _____
25                                                      LAUREL BEELER
                                                        United States Magistrate Judge
26
27
28

ORDER